UNITED STATES, Appellee

v

WILLIAM W. CROWELL, Jr., Private,
U. S. Marine Corps, Appellant

20 USCMA 148, 42 CMR 340

No. 23,417

November 13, 1970

*Lieutenant George F. McGunnigle, Jr.*, JAGC, USNR, was on the pleadings for Appellant, Accused.

*Commander Michael F. Fasanaro, Jr.*, JAGC, USN, was on the pleadings for Appellee, United States.

### Opinion of the Court

QUINN, Chief Judge:

The decision of the United States Navy Court of Military Review is affirmed. United States v Palos, 20 USCMA 104, 42 CMR 296 (1970).

Judge DARDEN concurs.

FERGUSON, Judge (dissenting):

I dissent for the reasons set forth in my separate opinion in United States v Palos, 20 USCMA 104, 42 CMR 296 (1970).